**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT FURGESS<br>*Plaintiff,*<br><br>v.<br><br>THE PENNSYLVANIA DEPARTMENT<br>OF CORRECTIONS<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>Civil Action No. 1:17-cv-00326<br><br><br><br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED R. CIV. P. 41(a)**

Plaintiff Robert Furgess, by his attorneys at the Mizner Law Firm, and Defendant The Pennsylvania Department of Corrections, by their attorney Scott A. Bradley, Esq., hereby stipulate to the dismissal of all claims against all Defendants, with prejudice.

Respectfully submitted,

| | |
|---|---|
| MIZNER LAW FIRM | OFFICE OF ATTORNEY GENERAL |
| By: /s/ John F. Mizner | By: /s/Scott A. Bradley |
| John F. Mizner, Esq.<br>Attorney ID No. 53323 | Scott A. Bradley, Esq.<br>Attorney ID No. 44627 |
| 311 West Sixth Street<br>Erie, Pennsylvania, 16507<br>(814) 454-3889 | 71251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>(412) 565-3586 |
| *Attorney for the Plaintiff* | *Attorney for the Defendants* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT FURGESS | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 1:17-cv-0021 |
| v. | ) | |
| | ) | |
| THE PENNSYLVANIA DEPARTMENT | ) | |
| OF CORRECTIONS | ) | |
| *Defendant.* | ) | **JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2021, the foregoing Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a) was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Courts ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the courts ECF system.

/s/ John F. Mizner
John F. Mizner